# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAWON A. WORDLAW, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE LEASING COMPANY OF CHICAGO, LLC; ENTERPRISE HOLDINGS, INC.,<br><br>Defendants. | Case No. 20-cv-03200<br><br>Hon. Manish S. Shah<br><br>Hon. Magistrate Gabriel A. Fuentes |

## DEFENDANTS ENTERPRISE LEASING COMPANY OF CHICAGO, LLC AND ENTERPRISE HOLDINGS, INC.'S MOTION FOR RECONSIDERATION

Defendants Enterprise Leasing Company of Chicago, LLC and Enterprise Holdings, Inc. (collectively, "Defendants") respectfully move pursuant to Fed. R. Civ. P. 54 for the Court to reconsider its December 21, 2020 Memorandum Opinion and Order ("Order," ECF No. 30) and enter an order dismissing Plaintiff's Amended Complaint for the reasons stated in the accompanying Memorandum of Law.

DATED: January 20, 2021

Respectfully submitted,

ENTERPRISE LEASING COMPANY OF CHICAGO, LLC and ENTERPRISE HOLDINGS, INC.

By /s/ *Thomas E. Ahlering*

One of Their Attorneys

67673204v.1

Erin Dougherty Foley
*edfoley@seyfarth.com*
Thomas E. Ahlering
*tahlering@seyfarth.com*
Alexandra S. Oxyer
*aoxyer@seyfarth.com*
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606
Telephone: 312-460-5000
Facsimile: 312-460-7000

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of January, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send notification to the e-mail addresses of all counsel of record denoted on the electronic Mail Notice List.

             /s/*Thomas E. Ahlering*
             Thomas E. Ahlering