**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAWON A. WORDLAW, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Case No. 20-cv-03200 |
| v. | Hon. Manish S. Shah |
| ENTERPRISE LEASING COMPANY OF CHICAGO, LLC; ENTERPRISE HOLDINGS, INC., | Hon. Magistrate Gabriel A. Fuentes |
| Defendants. | |

**DEFENDANTS ENTERPRISE LEASING COMPANY OF CHICAGO, LLC AND
ENTERPRISE HOLDINGS, INC.'S MOTION, IN THE ALTERNATIVE, TO CERTIFY
QUESTIONS FOR APPEAL AND STAY PROCEEDINGS PENDING APPEAL**

Defendants Enterprise Leasing Company of Chicago, LLC and Enterprise Holdings, Inc. (collectively, "Defendants") respectfully move pursuant to Fed. R. Civ. P. 54 for the Court to reconsider its December 21, 2020 Memorandum Opinion and Order ("Order," ECF No. 30) and enter an order dismissing Plaintiff's Amended Complaint.

In the alternative to Defendants' Motion For Reconsideration, Defendants respectfully move for the Court to amend the Court's Order to certify the following questions for appeal pursuant to Fed. R. App. P. 5(a) and 28 U.S.C. § 1292(b) for the reasons stated in the accompanying Memorandum of Law.

1.  Whether a joint employer theory of liability is available under Sections 15(a), 15(b) or 15(d) of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA").

2.  Whether a direct participation theory of liability is available under Sections 15(a), 15(b) or 15(d) of BIPA.

3.      Whether general allegations related to a holding company's purported "control" over subsidiary employees' "work environment," including "employee timekeeping, employee privacy, employee discipline, and the scope of acceptable employee behavior" are sufficient to plausibly state a claim that a private directly violated BIPA.

4.      If the answer to Questions 1 and/or 2 above are "yes," whether general allegations related to a holding company's purported "control" over subsidiary employees' "work environment," including "employee timekeeping, employee privacy, employee discipline, and the scope of acceptable employee behavior" are sufficient to plausibly state a claim that a private entity is liable under BIPA through joint-employer or direct participant theories.

**DATED: January 20, 2021**          Respectfully submitted,

ENTERPRISE LEASING COMPANY OF CHICAGO, LLC and ENTERPRISE HOLDINGS, INC.

By /s/ *Thomas E. Ahlering*

One of Their Attorneys

Erin Dougherty Foley
*edfoley@seyfarth.com*
Thomas E. Ahlering
*tahlering@seyfarth.com*
Alexandra S. Oxyer
*aoxyer@seyfarth.com*
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606
Telephone: 312-460-5000
Facsimile: 312-460-7000

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of January, 2021, a true and correct copy of the

foregoing document was filed with the Clerk of Court by using the CM/ECF system which will

send notification to the e-mail addresses of all counsel of record denoted on the electronic Mail

Notice List.


/s/*Thomas E. Ahlering*
Thomas E. Ahlering

3

67677937v.1