# EXHIBIT G

On Aug 17, 2021, at 5:29 PM, Ahlering, Thomas E. <TAhlering@seyfarth.com> wrote:

We're working on it.

Sent from my iPhone


Thomas E. Ahlering | Partner | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5922 | Fax: +1-312-460-7922
tahlering@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

_____
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
_____

On Aug 17, 2021, at 1:27 PM, Brendan Duffner <bduffner@mcgpc.com> wrote:


[EXT. Sender]

Alex,

Following up on my note from last Thursday, please advise.

Thanks,

Brendan

Brendan Duffner | Attorney
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Fl. [google.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_maps_place_55-2BW-2BWacker-2BBuilding_-4041.8865384-2C-2D87.6318688-2C17z_data-3D-213m1-214b1-214m5-213m4-211s0x880e2cb041ba1c6b-3A0xed9520204622c79f-218m2-213d41.8865384-214d-2D87.6296801&d=DwMFaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=Y0Qcq8FN8WSZG54yZo3wJciR0vJdpSGlkPRyZWro5tM&m=kGVclvS7pFNYIkIfn0yBV4Sbgwn3FD50E0jaClFg7LA&s=cjWrVhKCHaDNIGDKARNqe8QNT48ZhYSJimA5ksCPs9E&e=>
Chicago, Illinois 60601
bduffner@mcgpc.com<mailto:bduffner@mcgpc.com>
T: (312) 893-7002 ext. *1
F: (312) 275-7895
Cell: (815) 370-2270
www.mcgpc.com [mcgpc.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.mcgpc.com_&d=DwMFaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=Y0Qcq8FN8WSZG54yZo3wJciR0vJdpSGlkPRyZWro5tM&m=kGVclvS7pFNYIkIfn0yBV4Sbgwn3FD50E0jaClFg7LA&s=dpI-iFcUjzDwz3u5IqAuAvnTWS-5c5pd0A3sqIVE90Y&e=>

On Aug 12, 2021, at 12:39 PM, Brendan Duffner <bduffner@mcgpc.com<mailto:bduffner@mcgpc.com>> wrote:

Hi Alex,

In light of the Court's entry of the parties' proposed confidentiality order earlier this morning, when can Plaintiff expect Defendants' production of documents?

Thanks,

Brendan

Brendan Duffner | Attorney
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Fl.
Chicago, Illinois 60601
bduffner@mcgpc.com
T: (312) 893-7002
F: (312) 275-7895
Cell: (815) 370-2270
www.mcgpc.com

On Aug 11, 2021, at 3:16 PM, Oxyer, Alex <aoxyer@seyfarth.com<mailto:aoxyer@seyfarth.com>> wrote:


Hi Brendan,

This looks good to us. Thanks for preparing!

Alex


Alex S. Oxyer | Associate | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5280 | Mobile: +1-260-437-0581 | Fax: +1-312-460-7510
aoxyer@seyfarth.com<mailto:aoxyer@seyfarth.com> | www.seyfarth.com<http://www.seyfarth.com/>

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

_____
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
_____


From: Brendan Duffner <bduffner@mcgpc.com<mailto:bduffner@mcgpc.com>>
Sent: Wednesday, August 11, 2021 2:49 PM
To: Oxyer, Alex <aoxyer@seyfarth.com<mailto:aoxyer@seyfarth.com>>; Ahlering, Thomas E. <TAhlering@seyfarth.com<mailto:TAhlering@seyfarth.com>>
Cc: Timothy Kingsbury <tkingsbury@mcgpc.com<mailto:tkingsbury@mcgpc.com>>
Subject: Wordlaw v. Enterprise - 20-cv-03200 - Plf's Draft JSR Due Today


[EXT. Sender]

Hello Alex,

Attached is a draft of the JSR due today. Please respond with any edits, or with your approval to file.

Thanks,

Brendan