# EXHIBIT 3

**From:** Yovanic, Jr., Paul J <PYovanic@seyfarth.com>
**Date:** Monday, March 28, 2022 at 6:17 PM
**To:** 'Timothy Kingsbury' <tkingsbury@mcgpc.com>, Kays, Danielle <DKays@seyfarth.com>, Foley, Erin Dougherty <EDFoley@seyfarth.com>
**Cc:** 'Brendan Duffner' <bduffner@mcgpc.com>, 'Evan Meyers' <emeyers@mcgpc.com>
**Subject:** RE: Wordlaw v. Enterprise - Plaintiff's Second Amended 30(b)(6) Deposition Notices

Tim:

We think that makes sense as well. We are coordinating with Enterprise Chicago's representative and will get you possible day(s) for next week as soon as possible.

Also - we are supplementing our production with four additional documents that were recently discovered. We don't anticipate any additional documents.

Thanks,

Paul

**Paul J Yovanic Jr.** | Associate | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5898 | Fax: +1-312-460-7095
pyovanic@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.