UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dawon A Wordlaw

                                Plaintiff,

v.
                                                    Case No.: 1:20−cv−03200

                                                    Honorable Manish S. Shah

Enterprise Leasing Company Of Chicago, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Final approval hearing held. For the reasons stated in open court, the motion for entry of final approval of class action settlement [117] and approval of attorneys' fees, expenses, and service award [112] are granted. Plaintiff is directed to submit a proposed order to proposed_order_shah@ilnd.uscourts.gov. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.