

# United States District Court
# Northern District of Illinois

In the Matter of

Dawon A Wordlaw

v.

Enterprise Leasing Company of Chicago, LLC

District Judge Sara L. Ellis

Case No. 20-CV-3200

Designated Magistrate Judge
Gabriel Fuentes

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

   In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Manish S. Shah  to be related to 23-cv-1934 which is pending on my calendar.  Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Sara L. Ellis**

Date: Thursday, June 1, 2023

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Sara L. Ellis

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated:Thursday, June 1, 2023

District Reassignment  - Finding of Relatedness 40.4