## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Wordlaw, <br><br> Plaintiff(s), <br><br> v. <br><br> Enterprise Leasing Company of Chicago, LLC, <br><br> Defendant(s). | Case No. 20-cv-3200 <br> Judge Sara L. Ellis |

### ORDER

It is hereby ordered that the Executive Committee Order [123] entered reassigning this action to Judge Ellis from Judge Shah is vacated, having been entered in error.

Date: 6/9/2023                                    /s/ Sara L. Ellis