# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dawon A Wordlaw

                       Plaintiff,

v.

Enterprise Leasing Company Of Chicago, LLC, et al.

                       Defendant.

Case No.: 1:20−cv−03200

Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 13, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to reassign cases [122] is denied. This is a closed case and the local rule for reassignment of related cases applies to pending cases. The motion should be filed before Judge Pacold, who has the lowest numbered pending case. Related cases would be reassigned to Judge Pacold. Judge Shah's supervision of the class action did not result in any significant familiarity with the case that would result in judicial efficiency in supervising the new cases filed by opt−outs. After consulting with Judge Pacold, Judge Shah decided that a reassignment under IOP 13(d) was not appropriate because reassignment would not save judicial time. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.